**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GARLAND JAMES GREEN                                                    PETITIONER
ADC #149195

V.                                      NO. 5:14CV00313 BSM/JTR

RAY HOBBS, Director,                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254

habeas claims should be dismissed because: (1) most of the claims are procedurally

defaulted due to Petitioner's failure to properly raise them in state court; and (2) the

remaining claims were reasonably adjudicated by the state courts.  *Doc. 6*. A Reply

to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or**

**before October 10, 2014,** a Reply addressing the arguments for dismissal raised in

the Response.

DATED THIS 10th DAY OF September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

1