**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GARLAND JAMES GREEN**                                                                    **PETITIONER**
**ADC #149195**

v.                                   **CASE NO. 5:14CV00313 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                    **RESPONDENT**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray and petitioner's objections thereto have been reviewed. After careful consideration, the RD are hereby adopted in all respects and Garland James Green's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 2] is dismissed with prejudice.

In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Accordingly, a certificate of appealability is denied because Green has not made a substantial showing of a denial of a constitutional right.

IT IS SO ORDERED this 8th day of February 2016.

_____
UNITED STATES DISTRICT JUDGE